UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00314-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MICHAEL J. AUTIO,

       Defendant.

---

## ORDER RESETTING CHANGE OF PLEA HEARING

---

Due to a scheduling conflict,

**IT IS ORDERED** that the change of plea hearing currently scheduled to commence

**October 9, 2007 is VACATED** and **RESET to September 24, 2007 at 11:30 a.m.** in the United

States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S.

Courthouse, 901 19th Street, Denver, Colorado.

Dated this 6th day of August, 2007

**BY THE COURT:**

*Marcia S. Krieger*

_____

Marcia S. Krieger
United States District Judge