UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00314-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MICHAEL J. AUTIO,

       Defendant.

___

**ORDER RESETTING SENTENCING HEARING**
___

       THIS MATTER comes before the Court *sua sponte*. A scheduling conflict exists on the date this matter is set for a Sentencing Hearing. Accordingly,

       **IT IS ORDERED** that the Sentencing Hearing previously set for March 10, 2008, at 10:45 a.m. is **reset to March 24, 2008, at 10:45 a.m.**

       DATED this 15th day of January, 2008.

                                                    **BY THE COURT:**

                                                  Marcia S. Krieger
                                                  United States District Judge